**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIAX CORP., | No. C 12-80086 MISC CRB  (DMR) |
| Plaintiff, | **ORDER FOLLOWING AMENDED JOINT STIPULATION AND DISCOVERY LETTER** |
| v. | |
| MOTOROLA SOLUTIONS, INC., et al., | |
| Defendants. | |

The court is in receipt of the joint stipulation and discovery letter by Plaintiff Biax Corporation and PMC-Sierra, Inc., dated April 17, 2012, and the amended stipulation dated April 19, 2012. Doc. nos. 10, 11. The court notes that the parties appear to have reached full resolution of the discovery dispute, subject to completion of the agreed-upon terms. Should any further dispute arise in this matter, the parties must adhere to the court's joint discovery letter procedures when making any future filings. *See* Doc. no. 8.

IT IS SO ORDERED.

Dated: April 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge